The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LY CHHEN, JASON COGGER, CHARLES COOKE AND MARK SINCLAIR, each individually;<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation;<br><br>Defendant. | No. 2:18-cv-00779-MJP<br><br>**ORDER GRANTING DEFENDANT THE BOEING COMPANY'S MOTION FOR GRANT OF JUDICIAL NOTICE OF COLLECTIVE BARGAINING AGREEMENT ATTACHED TO BOEING'S MOTION TO DISMISS** |

THIS MATTER came before the Court on Defendant The Boeing Company's Motion for Grant of Judicial Notice of Collective Bargaining Agreement Attached to Boeing's Motion to Dismiss. The Court, having fully reviewed the pleadings and papers on file, and the following documents:

1. Defendant's Motion for Grant of Judicial Notice of Collective Bargaining Agreement Attached to Boeing's Motion to Dismiss;

2. Plaintiffs' Response, if any, including any accompanying declarations or exhibits; and

3. Defendant's Reply, if any, with supporting documents.

1   IT IS HEREBY ORDERED that Defendant's Motion for Grant of Judicial Notice of

2   Collective Bargaining Agreement Attached to Boeing's Motion to Dismiss is GRANTED.

3

4   Dated this 26th day of June, 2018.

5

6                                                    _____
                                                     Marsha J. Pechman
7                                                    United States District Judge

8

9   Presented By:

10

11  OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
12

13  By */s/ Laurence A. Shapero*
    Laurence A. Shapero, WSBA #31301
14

15  MORGAN, LEWIS & BOCKIUS, LLP

16
    By */s/ Robert Jon Hendricks*
17  Robert Jon Hendricks, p*ro hac vice*
    Maureen N. Beckley, *pro hac vice*
18